UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE DUTCHER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLOCK GROUP INC., d/b/a FLOCK SAFETY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03041-SRM-E<br><br>**[AMENDED PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE [ECF NO. 10]** |

On April 3, 2026, the Parties filed a Stipulation to Transfer Venue requesting that the Court transfer this case to the Northern District of California.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

1. This case is transferred, pursuant to 28 U.S.C. § 1404(a), to the U.S. District Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated: _____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-